UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:19–cv–09650–PSG–MRW                          Date   2/27/2020
Title        CARMEN JOHN PERRI V. R SHALLY, INC. ET AL

Present: The Honorable  **PHILIP S. GUTIERREZ**

| Wendy K. Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not present |

**Proceedings (In Chambers):  VACATING SCHEDULING CONFERENCE**

On the Court's own motion, the Scheduling Conference presently set for hearing on 03/02/20 is **VACATED**, and the following dates are hereby set.  Please review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings:<br> (Doe defendants are dismissed as of cut–off to add parties) | 3/2/2020 |
| Discovery Cut–Off: | 9/29/2020 |
| Last Day to File Motion: | 10/13/2020 |
| Opening Expert Witness Disclosure:<br> [See F.R.Civ.P. 26(a)(2)] | 10/06/20 |
| Rebuttal Expert Witness Disclosure: | 11/03/20 |
| Expert Discovery Cut–Off: | 12/01/20 |
| Final Pretrial Conference (2:30 p.m.): | 12/21/2020 |
| Court Trial (9:00 a.m.): | 1/5/2021 |
| Estimated Length: | 2 days |

Initials of Preparer: wm