Name, Address and Telephone Number of Attorney(s):

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

Plaintiff(s)

v.

Defendant(s).

## STIPULATION REGARDING SELECTION OF PANEL MEDIATOR

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ has contacted
<sub>(Print Name)</sub>
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ and counsel will submit mediation statements seven (7) calendar days
<sub>(Date)</sub>
before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____      _____
                                    Attorney For Plaintiff   _____

Dated: _____      _____
                                    Attorney For Plaintiff   _____

Dated: _____      _____
                                    Attorney For Defendant   _____

Dated: _____      _____
                                    Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)           **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**